

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,729

### EX PARTE CARLOS ALEJANDRO VILLEGAS Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. F-0622654-P IN THE 203RD DISTRICT COURT FROM DALLAS COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant pleaded guilty and was convicted of possession with intent to deliver over 400 grams cocaine and sentenced to twenty years' imprisonment. The Fifth Court of Appeals affirmed his conviction. *Villegas v. State*, No. 05-07-00294-CR (Tex. App.–Dallas, Nov. 27, 2007, pet. ref'd).

This Court filed and set this application and ordered briefs prepared by the parties. Applicant, through counsel, has now filed a motion to dismiss the application. This application is

hereby dismissed pursuant to Applicant's request.

Delivered: May 23, 2012
Do Not Publish